The majority holds that the learned trial judge abused his discretion in refusing to permit the defendant to use the testimony of a witness given at a prior trial because the defendant had failed to show to the satisfaction of the trial judge that the witness was unavailable.
I have read the original record of the colloquy between the trial judge and counsel for the defendant concerning the whereabouts of the witness, and I am convinced that the trial judge did not abuse his discretion in refusing to permit the prior testimony. If the absent witness's testimony was as critical to the defendant's case as he now claims, he should have taken more care to secure it; the record shows that he was not diligent in attempting to secure the witness's presence at his second trial. Clearly, the trial judge did not abuse his discretion in refusing to permit the hearsay evidence under all the facts and circumstances shown by the record.